## UNITED ELECTRIC COAL COMPANIES

v.

## Bert HICKS et al.

## UNITED ELECTRIC COAL COMPANIES

v.

## George BURKE, et al., d/b/a Skyline Coal Co.

Court of Appeals of Kentucky.

Nov. 23, 1960.

J. K. Wells, Paintsville, for appellant.

Arnett Mann, Salyersville, Chesley Lycan, Ashland, for appellee.

## PER CURIAM.

Motion for appeal from a judgment of the Magoffin Circuit Court, John Chris Cornett, J., entered on a verdict awarding $1,000 for damages caused by the washing of silt, coal and other debris from an excavation and spoil pile left by mining operations into a stream and thence onto the land of the complainants.

A review of the record discloses no prejudicial error.

Motion overruled. The judgment stands affirmed.